```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
STANLEY EWING, TYSEAN EWING, an
infant by his father and natural
guardian, Stanley Ewing,

                Plaintiffs,

        against                          ORDER ADOPTING
                                         REPORT AND RECOMMENDATION
                                         05-CV-1276(JS)(ARL)
ROSLYN HIGH SCHOOL, ROSLYIN UNION
FREE SCHOOL DISTRICT, DAVID
GUTTMAN, in his official capacity
as Assistant Principal, JUNE GONG,
also known as JASON GONG, JOHN DOE
#1, c/k/a "Eric",

                Defendants.
----------------------------------X
Appearances:
For Plaintiff:           Frederick K. Brewington, Esq.
                         50 Clinton Street, Suite 501
                         Hempstead, New York 11550

For Defendants
Roslyn Union Free
School District,
Roslyn High School,
and David Guttman:       Lewis R. Silverman, Esq.
                         James F. Desmond, Jr., Esq.
                         Rutherford & Christie, LLP
                         300 East 42$^{nd}$ Street
                         New York, New York 10017-5947

For Defendant
June or Jason Gong:      Meir Moza, Esq.
                         217 Willis Avenue, Suite 101
                         Mineola, New York 11501


SEYBERT, District Judge:
```

Currently pending before the Court is the Report and Recommendation filed by Magistrate Judge Arlene Rosario Lindsay, dated February 20, 2007. The Magistrate recommended that the Court

DENY Plaintiff's motion to amend the Complaint. None of the parties have objected to the Report and Recommendation.[1] After carefully reviewing the submissions of the parties, Judge Lindsay's findings, and applying the appropriate legal standards, this Court ADOPTS the Report and Recommendation in its entirety.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:   Central Islip, New York
         April 9, 2007

---

[1] As no party has filed objections to the Report and Recommendation, all objections are hereby deemed to have been waived. See 28 U.S.C. § 636(b)(1); FED R. CIV. P. 72; Beverly v. Walker, 118 F.3d 900, 902 (2d Cir. 1997); Savoie v. Merchants Bank, 84 F.3d 52, 60 (2d Cir. 1996).